## DONALD W. UTZ *v.* COMMISSIONER OF CORRECTION

The petitioner Donald W. Utz' petition for certification for appeal from the Appellate Court, 86 Conn. App. 902 (AC 24137), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

Decided February 10, 2005

## ROBERT GRANT *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Grant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 392 (AC 24354), is denied.

*Charles F. Willson,* special public defender, in support of the petition.

*Jessica Probolus,* special deputy assistant state's attorney, in opposition.

Decided February 10, 2005